# UNITED STATES DISTRICT COURT

District of _____

FILED
CLERKS OFFICE

2005 APR -6 P 12: 41

## SUMMONS IN A CIVIL CASE

Nancy Buckley    V.   City of Brockton School Dept.

US DISTRICT COURT
DISTRICT OF MASS

CASE NUMBER:

**05 10490 NMG**

TO: (Name and address of Defendant)

Attorney of Brockton School Department
City of Brockton School Department
43 Crescent Street
Brockton MA 02301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Linda Evans
Rogers Powers Schwartz LLP
18 Tremont St
Boston MA 02108

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A THORNTON

CLERK _____

MAR 15 2005

DATE

(By) DEPUTY CLERK

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 508-580-2110
*Plymouth, ss.*

March 23, 2005

I hereby certify and return that on 3/21/2005 at 1:58PM I served a true and attested copy of the summons, complaint, interrogatories, request for documents, confidentiality agreement and exhibit in this action in the following manner: To wit, by delivering in hand to Anthony Luizzi, agent, person in charge at the time of service for City of Brockton School Dept. at, 13 Crescent Street, Brockton, MA 02301. Attest (1 copy) ($5.00), P&H (no mailing) ($1.00), Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($12.80) Total Charges $50.30

_____
Deputy Sheriff

Deputy Sheriff James L. Lopes

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                  Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.