UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10490 NMG

| | |
|---|---|
| Nancy Buckley | )<br>)<br>) |
| Plaintiff | ) |
| v. | )<br>)<br>)<br>) |
| City of Brockton School Department | )<br>) |
| Defendant | )<br>) |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

In the above-entitled action, please enter my appearance as attorney for the Defendant, CITY OF BROCKTON SCHOOL DEPARTMENT.

DATED AT BOSTON, MASSACHUSETTS THIS 12th DAY OF APRIL, 2005.

DATED: APRIL 12, 2005

THE DEFENDANT,
City of Brockton School Department
By Its Attorney,

Frank A. Smith, III – BBO #467500
FRANK A. SMITH, III & ASSOCIATES, P.C.
11 Beacon Street, Suite 1200
Boston, MA 02108
(617) 723-3273

## CERTIFICATE OF SERVICE

I, Frank A. Smith, Counsel for the Defendant, Brockton School Department, hereby certify that I have this day served a copy of the within **Notice of Appearance for Defendant**, by first class mail, postage prepaid, to:

> Kevin G. Powers, Esquire
> Rodgers, Powers & Schwartz, LLP
> 18 Tremont Street
> Boston, MA 02108
> ATTORNEY FOR PLAINTIFF

_____
Frank A. Smith, III – BBO #467500
FRANK A. SMITH, III & ASSOCIATES, P.C.
11 Beacon Street, Suite 1200
Boston, MA 02108
(617) 723-3273