UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-10490-NMG

| | |
|---|---|
| NANCY BUCKLEY,<br>　　　　Plaintiff<br><br>v.<br><br>CITY OF BROCKTON<br>SCHOOL DEPARTMENT,<br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE PURSUANT TO LOCAL RULE 16.1 (D)(3)

　　　Pursuant to Local Rule 16.1 counsel for the Plaintiff Nancy Buckley certifies that he has conferred (a) with the Plaintiff with a view to establishing a budget for the costs of conducting the full course – and various alternative courses of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Nancy Buckley
　　　　　　　　　　　　　　　　　　　　By her Attorneys,

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Kevin G. Powers, BBO #405020
　　　　　　　　　　　　　　　　　　　　Linda Evans, BBO #635078
　　　　　　　　　　　　　　　　　　　　Rodgers, Powers & Schwartz LLP
　　　　　　　　　　　　　　　　　　　　18 Tremont Street
　　　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　　　(617) 742-7010

## CERTIFICATE OF SERVICE

I Hereby certify that a true copy of the above document was served upon opposing attorneys by hand / mail on ___8/10/05___

_____
Kevin G. Powers

Rule26Disclosure