UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-10490 NMG

NANCY BUCKLEY, )
    Plaintiff )
)
v. )
)
CITY OF BROCKTON )
SCHOOL DEPARTMENT, )
    Defendant )

LOCAL RULE 16.1 (D)(3) CERTIFICATION
OF DEFENDANT, CITY OF BROCKTON
**SCHOOL DEPARTMENT**

Counsel for the defendant, City of Brockton School Department, has conferred with the City of Brockton as to a budget for the litigation and alternative dispute resolution.

CITY OF BROCKTON  
SCHOOL DEPARTMENT  
Defendant

By _____  
 Frank A. Smith, III-BBO#467500  
FRANK A. SMITH, III &  
ASSOCIATES, P.C.  
11 Beacon Street, Suite 1200  
Boston, MA 02108  
(617) 723-3273

CITY OF BROCKTON

By _____  
 Thomas L. Plouffe  
City Solicitor  
Law Department, City Hall  
45 School Street  
Brockton, MA 02301-9927  
(508) 580-7110

DATED August 9, 2005

## CERTIFICATE OF SERVICE

I, Frank A. Smith, III, Counsel of Record for the defendant, City of Brockton School Department, hereby certify that I have this day, **August 9, 2005** served a copy of the within LOCAL RULE 16.1 (D) (3) CERTIFICATION OF DEFENDANT, CITY OF BROCKTON, by first class mail, postage prepaid, to:

Kevin G. Powers, Esquire
Rodgers, Powers & Schwartz, LLP
18 Tremont Street
Boston, MA 02108
ATTORNEY FOR PLAINTIFF

_/s/ Frank A. Smith_
Frank A. Smith, III – BBO #467500
FRANK A. SMITH, III & ASSOCIATES, P.C.
11 Beacon Street, Suite 1200
Boston, MA 02108
(617) 723-3273