UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-10490 NMG

| | |
|---|---|
| NANCY BUCKLEY,<br>           Plaintiff | )<br>)<br>)<br>) |
| v. | )<br>) |
| CITY OF BROCKTON<br>SCHOOL DEPARTMENT,<br>           Defendant | )<br>)<br>)<br>) |

**PLAINTIFF'S ASSENTED TO MOTION FOR A CONTINUANCE
OF THE TRIAL DATE FOR MEDICAL REASONS**

Now comes the Plaintiff and requests that the trial presently scheduled for October 2, 2006 be continued for three months.

As grounds for the request it is stated:

1. The Plaintiff Nancy Buckley had major surgery, a hysterectomy, on August 15, 2006. She was hospitalized at Brigham & Women's Hospital in Boston.

2. She is presently out on sick leave from her Assistant Housemaster position.

3. She has been ordered by her physician to rest, reduce all stress and limit her activities for the next two months.

4. Attempting to prepare for trial and being on trial in October of 2006 would be detrimental to her health.

Respectfully submitted,

The Plaintiff,  
By her Attorneys

*/s/ Kevin G. Powers*

Kevin G. Powers, BBO #405020  
Linda Evans, BBO #635078  
Rodgers, Powers & Schwartz, LLP  
18 Tremont Street  
Boston, MA 02108  
(617) 742-7010

The Defendants  
By their Attorneys

*/s/ Frank Smith (KGP)*

Frank A. Smith III, BBO # 467500  
Frank A. Smith III & Associates, P.C.  
11 Beacon Street, Suite 1200  
Boston, MA 02108  
(617) 723-3273

Continuance of trial motion