UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-10490 NMG

_____
                            )
**NANCY BUCKLEY,**           )
       **Plaintiff**   )
                            )
**v.**                       )
                            )
**CITY OF BROCKTON**         )
**SCHOOL DEPARTMENT,**       )
       **Defendant**   )
_____ )

**DEFENDANT'S PRE-TRIAL WITNESS AND EXHIBIT LIST
PURSUANT TO FED R. Civ. P. 26(a)(3)**

**WITNESSES**

1. Nancy Buckley
   138 Falconer Avenue
   Brockton, MA  02301\
   508-586-7217

2. Joseph Bage
   221 Oak Street
   Brockton, MA  02301

3. Robert Uto
   222 Myrtle Street
   Brockton, MA  02301
   508-580-7463 - work
   508-583-0693 – home

4. MaryBeth McManus
   97 Boylston Street
   Brockton, MA  02301
   508-580-4366 - work
   508-587-1298 – home

5.  Joseph Whiton
    47 Gretter Road
    Roslindale, MA  02131
    508-580-7411 - work
    617-327-2529 – home

6.  Kathleen Sirois
    71 Carroll Avenue
    Brockton, MA  02301
    508-580-7535 - work
    508-584-4178 – home

7.  Susan Szachowicz
    36 Tucker Drive
    Brockton, MA  02301
    508-580-7633 – work

8.  Michelle Finnegan
    55 Quail Street
    W. Roxbury, MA  02132
    508-580-7463 - work
    617-327-3789 – home

9.  Deidre Smith
    22 Meadow Lane
    Bridgewater, MA  02324
    508-580-7431 - work
    508-697-6320 – home

10. Deborah Feldman
    145 Cliffwood Lane
    W. Falmouth, MA  02574
    508-580-7406 - work

11. Jane Malatesta
    29 Slocum Road
    Jamaica Plain, MA  02130
    617-524-3240 – home

12. Maria LeFort
    2 Laurel Hill Court
    Bourne, MA  02532

        508-894-4536 – home

13. Thomas Malinowski
    c/o Brockton Education Association
    410 Forest Avenue
    Brockton, MA  02301

14. Alan Jolly
    47 Barden Hill Road
    Middleboro, MA  02346
    508-580-7431 - work
    508-947-8834 – home

15. Jean Ryan
    97 Boylston Street
    Brockton, MA  02301
    508-894-4400 - work
    508-587-1298

16. Eugene Marrow
    128 Healy Terrace
    Brockton, MA 02301
    (508) 584-0726

17. Sharon Wolder
    132 Coventry Circle
    Brockton, MA 02301
    (508) 584-3977

18. Laura Miceli
    8 Richfield Street
    Quincy,  MA 02171
    (617) 571-3478

19. Barbara Sousa
    220 Myricks Street
    East Taunton, MA  02718

**EXHIBITS**

1. March 1, 2004 Job Posting for two open Housemaster Positions at Brockton High School

2.   Brockton Schools Job Description of Housemaster

3.   List of applicants for 2004 Housemaster

4.   Document entitled "Review of Applicants for Administrative Positions" (list of individuals chosen for housemaster interviews)

5.   Rejection Letters to 1st Group of Applicants

6.   March 12, 2004 cover letter from Nancy Buckley

7.   2004 Personnel File of Nancy Buckley

8.   Nancy Buckley's 2004 Application for Housemaster

9.   2004 Resume of Nancy Buckley

10.  Nancy Buckley's Department of Education Educator's Licenses/Certifications as as of 2004 application for housemaster

11.  Sept 4, 1986 - Letter to plaintiff from the Brockton Public Schools regarding the plaintiff's application for Assistant Principal at North Junior High School

12.  Aug 3, 1988 – Letter to plaintiff from the Brockton Public Schools regarding the plaintiff's application for Assistant Principal at South Junior High School

13.  May 30, 1991 – Letter to plaintiff from the Brockton Public Schools regarding the plaintiff's application for Principal at North Junior High School

14.  Aug 29, 1991– Letter to plaintiff from the Brockton Public Schools regarding the plaintiff's application for Assistant Principal at North Junior High School

15.  May 27, 1992- Letter to plaintiff from the Brockton Public Schools regarding the plaintiff's application for Assistant Housemaster at Brockton High School

16.  Aug. 30, 1994 - Letter to plaintiff from the Brockton Public Schools regarding the plaintiff's application for Assistant Principal at West Junior High School

17.  July 3, 2003 - Letter to plaintiff from the Brockton Public Schools regarding the plaintiff's application for Housemaster at Brockton High School

18.  May 20, 2003 (should read 2004) - Letter to plaintiff from the Brockton Public Schools regarding the plaintiff's application for Housemaster at Brockton High School

19. March 12, 2004 Cover letter from Alan Jolly

20. Alan Jolly's 2004 Application for Housemaster

21. 2004 Personnel File of Alan Jolly

22. 2004 Resume of Alan Jolly

23. Alan Jolly's Department of Education Educator's Licenses/Certifications as of 2004 application for housemaster

24. Document entitled "Interview Team"

25. Disclosure Statement (Confidentialty Statement) signed by Advisory Committee

26. John Whiton's Advisory Committee Materials from May 2004 Housemaster Interviews:
    a. Interview Rating Sheets front & back
    b. Document entitled "Questions for Applicants"
    c. Document entitled "Interviews" (list of applicant names & times)

27. Deirdre Smith's Advisory Committee Materials from May 2004 Housemaster Interviews:
    a. Interview Rating Sheets front & back
    b. Document entitled "Questions for Applicants"
    c. Document entitled "Interviews" (list of applicant names & times)

28. Maria LeFort's Advisory Committee Materials from May 2004 Housemaster Interviews:
    a. Interview Rating Sheets front & back
    b. Document entitled "Questions for Applicants"
    c. Document entitled "Interviews" (list of applicant names & times)

29. Jane Malatesta's Advisory Committee Materials from May 2004 Housemaster Interviews:
    a. Interview Rating Sheets front & back
    b. Document entitled "Questions for Applicants"
    c. Document entitled "Interviews" (list of applicant names & times)

30. Deborah Feldman's Advisory Committee Materials from May 2004 Housemaster Interviews:
    a. Interview Rating Sheets front & back
    b. Document entitled "Questions for Applicants"
    c. Document entitled "Interviews" (list of applicant names & times)

31. Kathleen Sirois' Advisory Committee Materials from May 2004 Housemaster Interviews:
    a. Interview Rating Sheets front & back
    b. Document entitled "Questions for Applicants"
    c. Document entitled "Interviews" (list of applicant names & times)

32. May 6 2004 Letter to Joseph Bage from Kathleen Sirois describing preliminary outcome of housemaster interviews.

33. May 20, 2003 (sic) letter to plaintiff regarding May 2004 housemaster position

34. Announcement letter (5/21/2004) of the promotion of Alan Jolly and Sharon Wolder to Housemaster.

35. Brockton Public School Committee Policy Manual: Personnel Section (G)


The Defendant reserves the right to supplement this list.


                THE DEFENDANT
                By its Attorneys


                _/s/ Frank A. Smith, III_
                Frank A. Smith III, BBO #467500
                Frank A. Smith III & Associates, P.C.
                11 Beacon Street, Suite 1200
                Boston, MA  02108
                (617)723-3273