UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-10490 NMG

NANCY BUCKLEY,         )
        Plaintiff    )
                       )
v.                     )
                       )
CITY OF BROCKTON       )
SCHOOL DEPARTMENT,     )
        Defendant    )
_____)

### PLAINTIFF'S PRE-TRIAL WITNESS AND EXHIBIT LIST
### PURSUANT TO FED R. Civ. P. 26(a)(3)

## WITNESSES

1. Nancy Buckley
   138 Falconer Avenue
   Brockton, MA 02301\
   508-586-7217

2. Joseph Bage
   221 Oak Street
   Brockton, MA 02301

3. Robert Uto
   222 Myrtle Street
   Brockton,  MA  02301
   508-580-7463-work
   508-583-0693 - home

4. MaryBeth McManus
   97Boylston Street
   Brockton, MA 02301
   508-580-4366 - work
   508-587-1298 - home

5. Joseph Whiton
   47 Gretter Road
   Roslindale, MA 02131
   508-580-7411 - work
   617-327-2529 - home

6. Kathleen Sirois
   71 Carroll Avenue
   Brockton, MA 02301
   508-580-7535 - work
   508-584-4178 - home

7. Susan Szachowicz
   36 Tucker Drive
   Brockton, MA 02301
   508-580-7633 - work

8. Michelle Finnegan
   55 Quail Street
   W. Roxbury, MA 02132
   508-580-7463 - work 617-327-3789 - home

9. Deidre Smith
   22 Meadow Lane
   Bridgewater, MA 02324
   508-580-7431 - work 508-697-6320 - home

10. Deborah Feldman
    145 Cliffwood Lane
    W. Falmouth, MA 02574
    508-580-7406 - work

11. Jane Malatesta
    29 Slocum Road
    Jamaica Plain, MA 02130
    617-524-3240 - home

12. Maria LeFort 2
    Laurel Hill Court
    Bourne, MA 02532

        508-894-4536 - home

13.    Thomas Malinowski
       c/o Brockton Education Association
       410 Forest Avenue
       Brockton, MA 02301

14.    Alan Jolly
       47 Barden Hill Road
       Middleboro, MA 02346
       508-580-7431 - work
       508-947-8834 - home

15.    Jean Ryan
       97 Boylston Street
       Brockton, MA 02301
       508-894-4400 - work
       508-587-1298

16.    Eugene Marrow 128
       Healy Terrace
       Brockton, MA 02301
       508-584-0726

17.    Sharon Wolder
       132 Coventry Circle
       Brockton, MA 02301
       508-584-3977

18.    Laura Miceli
       8 Richfield Street
       Quincy, MA 02171
       617-571-3478

19.    Barbara Sousa 220
       Myricks Street East
       Taunton, MA 02718

**EXHIBITS**

1.    March 1, 2004 Job Posting for two open Housemaster Positions at Brockton High School

2. Brockton Schools Job Description of Housemaster

3. List of applicants for 2004 Housemaster

4. Document entitled "Review of Applicants for Administrative Positions" (list of individuals chosen for housemaster interviews)

5. Rejection Letters to 1St Group of Applicants

6. March 12, 2004 cover letter from Nancy Buckley.

7. 2004 Personnel File of Nancy Buckley

8. Nancy Buckley's 2004 Application for Housemaster

9. 2004 Resume of Nancy Buckley

10. Nancy Buckley's Depaitment of Education Educator's Licenses/Certifications as as of 2004 application for housemaster

11. Sept 4, 1986 - Letter to plaintiff from the Brockton Public Schools regarding the plaintiff's application for Assistant Principal at North Junior High School

12. Aug 3, 1988 - Letter to plaintiff from the Brockton Public Schools regarding the plaintiff's application for Assistant Principal at South Junior High School

13. May 30, 1991 - Letter to plaintiff from the Brockton Public Schools regarding the plaintiff's application for Principal at North Junior High School

14. Aug 29, 1991- Letter to plaintiff from the Brockton Public Schools regarding the plaintiff's application for Assistant Principal at North Junior High School

15. May 27, 1992- Letter to plaintiff from the Brockton Public Schools regarding the plaintiff's application for Assistant Housemaster at Brockton High School

16. Aug. 30, 1994 - Letter to plaintiff from the Brockton Public Schools regarding the plaintiff's application for Assistant Principal at West Junior High School

17. July 3, 2003 - Letter to plaintiff from the Brockton Public Schools regarding the plaintiff's application for Housemaster at Brockton High School

18. May 20, 2003 (should read 2004) - Letter to plaintiff from the Brockton Public Schools regarding the plaintiff's application for Housemaster at Brockton High School

19. March 12, 2004 Cover letter from Alan Jolly

20. Alan Jolly's 2004 Application for Housemaster

21. 2004 Personnel File of Alan Jolly

22. 2004 Resume of Alan Jolly

23. Alan Jolly's Department of Education Educator's Licenses/Certifications as of 2004 application for housemaster

24. Document entitled "Interview Team"

25. Disclosure Statement (Confidentially Statement) signed by Advisory Committee

26. John Whiton's Advisory Committee Materials from May 2004 Housemaster Interviews:
    a. Interview Rating Sheets front & back
    b. Document entitled "Questions for Applicants"
    c. Document entitled "Interviews" (list of applicant names & times)

27. Deirdre Smith's Advisory Committee Materials from May 2004 Housemaster Interviews:
    a. Interview Rating Sheets front & back
    b. Document entitled "Questions for Applicants"
    c. Document entitled "Interviews" (list of applicant names & times)

28. Maria LeFort's Advisory Committee Materials from May 2004 Housemaster Interviews:
    a. Interview Rating Sheets front & back
    b. Document entitled "Questions for Applicants"
    c. Document entitled "Interviews" (list of applicant names & times)

29. Jane Malatesta's Advisory Committee Materials from May 2004 Housemaster Interviews:
    a. Interview Rating Sheets front & back
    b. Document entitled "Questions for Applicants"
    c. Document entitled "Interviews" (list of applicant names & times)

30. Deborah Feldman's Advisory Committee Materials from May 2004 Housemaster Interviews:
    a. Interview Rating Sheets front & back
    b. Document entitled "Questions for Applicants"
    c. Document entitled "Interviews" (list of applicant names & times)

31. Kathleen Sirois' Advisory Committee Materials from May 2004 Housemaster Interviews:
    a. Interview Rating Sheets front & back
    b. Document entitled "Questions for Applicants"
    c. Document entitled "Interviews" (list of applicant names & times)

32. May 6 2004 Letter to Joseph Bage from Kathleen Sirois describing preliminary outcome of housemaster interviews.

33. May 20, 2003 (sic) letter to plaintiff regarding May 2004 housemaster position

34. Announcement letter (5/21/2004) of the promotion of Alan Jolly and Sharon Wolder to Housemaster.

35. Brockton Public School Committee Policy Manual: Personnel Section (G).


The Plaintiff reserves the right to supplement this list.


                The Plaintiff,
                By her Attorney,

                /s/ Kevin G. Powers
                Kevin G. Powers BBO#405020
                Rodgers, Powers & Schwartz LLP
                18 Tremont Street, Suite 500
                Boston, MA 02108
                  617-742-7010


Buckley/Plaintiff.PreTrial Witness and Exhibit List