UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Nancy Buckley,
       Plaintiff

v.                                         Civil Action No. 05-10490-NMG

City of Brockton School Department,
       Defendant

## SETTLEMENT ORDER OF DISMISSAL

<u>GORTON, D.J.</u>

    The Court having been advised by counsel that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.

                                              By the Court,

                                              /S/ Craig J. Nicewicz

1/4/07                                       _____
  Date                                         Craig J. Nicewicz
                                            Courtroom Clerk