UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-10490 NMG

|  |  |
|---|---|
| NANCY BUCKLEY,<br>             Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| CITY OF BROCKTON<br>SCHOOL DEPARTMENT,<br>             Defendant | )<br>)<br>)<br>) |

## THE PARTIES' MOTION TO EXTEND SETTLEMENT ORDER TIME FOR REOPENING THE CASE AN ADDDITIONAL 60-DAYS

Now Come the Parties to the above-entitled case and ask that the Court extend by 60-days the time the Parties have to reopen the case.

As grounds the Parties state:

1) The Parties have engaged in extensive settlement discussion.

2) The Parties have reached a tentative settlement agreement.

3) The Agreement requires the City to make a retroactive payment of salary to the Plaintiff for the academic year of 2005-2006 (September 2005 to June 2006) and have that amount credited to her for retirement purposes.

4) In the interest of caution, it was decided by the parties to submit the agreement to the Massachusetts Teachers' Retirement System to ensure that the retroactive payment can be made which will be credited to the Plaintiff for purposes of calculating her retirement benefits.

5) The issue of whether the Massachusetts Teachers' Retirement System will credit the Plaintiff for the retroactive payment is important because the Plaintiff's retirement benefit is calculated based on her last three years of employment and academic year 2005-2006 would constitute one of the Plaintiff's last three years, as the Plaintiff is retiring in June 2008.

6) The purpose of this request is to allow the Massachusetts Teachers' Retirement System time to provide the Parties with a written statement about whether it will credit the Plaintiff's retirement by including the payment.

| | |
|---|---|
| The Defendant<br>By Its Attorney,<br><br>*/s/ Frank Smith (KGP)*<br>Frank A. Smith III, BBO #467500<br>Frank A. Smith III & Associates, P.C.<br>11 Beacon Street, Suite 1200<br>Boston, MA 02108<br>(617) 723-3273 | The Plaintiff<br>By Her Attorneys,<br><br>*/s/ Kevin G. Powers*<br>Kevin G. Powers, BBO #405020<br>Linda Evans, BBO #635078<br>Rodgers, Powers & Schwartz LLP<br>18 Tremont Street, Suite 500<br>Boston, MA 02108<br>(617) 742-7010 |

MotionExtendSettlementTime