UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-10490 NMG

_____  )
                                )
**NANCY BUCKLEY,**              )
        **Plaintiff**    )
                                )
**v.**                          )
                                )
**CITY OF BROCKTON**            )
**SCHOOL DEPARTMENT,**          )
        **Defendant**   )
_____  )

**THE PARTIES' MOTION TO EXTEND SETTLEMENT ORDER TIME FOR
REOPENING THE CASE AN ADDITIONAL 30 DAYS**

    Now Comes the Parties to the above-entitled case and ask that the Court extend by30 days the time the Parties have to reopen the case.

    As grounds, the Parties state:

1. The Parties have engaged in extensive settlement discussion.

2. The Parties have again reached a tentative written settlement agreement which requires additional time to finalize same.

3. The Parties have been working towards this settlement which required the input of numerous individuals.

By their attorneys,

| NANCY BUCKLEY | CITY OF BROCKTON SCHOOL DEPARTMENT |
|---|---|
| /s/ Kevin G. Powers | /s/ Frank A. Smith, III |
| Kevin G. Powers | Frank A. Smith, III – BBO #467500 |
| Rodgers, Powers & Schwartz LLP | Frank A. Smith, III & Associates |
| 18 Tremont Street | 11 Beacon Street, Suite 1200 |
| Boston, MA  02108 | Boston, MA  02108 |
| (617) 742-7010 | (617) 723-3273 |

Date:   May 3, 2007