UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-10490 NMG

| | |
|---|---|
| NANCY BUCKLEY, | ) |
|        Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF BROCKTON | ) |
| SCHOOL DEPARTMENT, | ) |
|        Defendant | ) |

**THE PARTIES' MOTION TO EXTEND SETTLEMENT ORDER TIME FOR REOPENING THE CASE AN ADDITIONAL 30 DAYS**

Now Comes the Parties to the above-entitled case and ask that the Court extend by 30 days the time the Parties have to reopen the case.

As grounds, the Parties state:

1. The Parties have engaged in extensive settlement discussion.

2. The Parties have again reached a tentative written settlement agreement which requires additional time to finalize same.

3. The Parties have been working towards this settlement which required the input of numerous individuals.

By their attorneys,

| NANCY BUCKLEY | CITY OF BROCKTON |
| | SCHOOL DEPARTMENT |
| | |
| /s/ Kevin G. Powers | /s/ Frank A. Smith, III |
| Kevin G. Powers | Frank A. Smith, III – BBO #467500 |
| Rodgers, Powers & Schwartz LLP | Frank A. Smith, III & Associates |
| 18 Tremont Street | 11 Beacon Street, Suite 1200 |
| Boston, MA  02108 | Boston, MA  02108 |
| (617) 742-7010 | (617) 723-3273 |

Date:  JUNE 1, 2007