UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-10490 NMG

```
_____
                              )
NANCY BUCKLEY,                )
            Plaintiff         )
                              )
v.                            )
                              )
CITY OF BROCKTON              )
SCHOOL DEPARTMENT,            )
            Defendant         )
_____)
```

## STIPULATION OF DISMISSAL

The parties hereby stipulate and agree, pursuant to F. R. Civ. P. 41(a)(1), that this action shall be, and hereby is, dismissed with prejudice and without costs.  All rights of appeal are hereby waived.

By their attorneys,

| NANCY BUCKLEY | CITY OF BROCKTON SCHOOL DEPARTMENT |
|---|---|
| /s/ Kevin G. Powers | /s/ Frank A. Smith, III |
| Kevin G. Powers | Frank A. Smith, III – BBO #467500 |
| Rodgers, Powers & Schwartz LLP | Frank A. Smith, III & Associates |
| 18 Tremont Street | 11 Beacon Street, Suite 1200 |
| Boston, MA  02108 | Boston, MA  02108 |
| (617) 742-7010 | (617) 723-3273 |

Date: June 11, 2007